U.S. BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA



In Re:  
    Stephen Bernard Brown,

    Cheryl Ann Brown.

    _____Debtors/

Case No. 12-36039

Hon: Erik P. Kimball

### SATISFACTION OF CLAIM

The claimant, JPMORGAN CHASE BANK, N.A., has received full satisfaction of claim no. 6, which was filed in this proceeding by the claimant, or has otherwise settled or compromised said claim, and this Satisfaction of Claim is executed to acknowledge discharge of the claim and to release the estate from all further liability with respect thereto.

Date: September 6, 2013

                                              ___/s/Kelly J. Schellig  
                                              Agents for JPMorgan Chase Bank, N.A.  
                                              Five Lakes Agency, Inc.  
                                              PO Box 80730  
                                              Rochester, MI 48308  
                                              (855) 824-1000  
                                              314397